THE HONORABLE AILEEN CANNON
FEDERAL JUDGE
400 NORTH MIAMI AVENUE
MIAMI, FL 33128

FILED BY MC D.C.
DEC 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DECEMBER 13, 2024

DEAR JUDGE CANNON,

YOUR HONOR, MY NAME IS THOMAS KATSAMPES AND I'M WRITING TO YOU CONCERNING MY CASE (CASE NUMBER 24CR80053). I HOPE THIS LETTER REACHES YOU IN TIME.

I HAVE HAD TO DISMISS MY LEGAL COUNSEL. I'VE BEEN OUT OF WORK SINCE BEING TAKEN INTO CUSTODY IN JUNE, AND DO NOT HAVE ACCESS TO ANY MONEY TO HIRE NEW COUNSEL.

I AM HUMBLY REQUESTING THAT THE COURT ASSIGN ME A PUBLIC DEFENDER, OR PRIVATE ATTORNEY. MY ONLY REQUEST WOULD BE THAT THE ASSIGNED ATTORNEY HAVE EXPERIENCE IN HANDLING CASES SIMILAR TO MINE, AND BE ALLOWED AMPLE TIME TO MEET WITH ME AND REVIEW THE CASE.

I WOULD BE EXTREMELY GRATEFUL FOR ANY ASSISTANCE YOU OR YOUR STAFF MIGHT BE ABLE TO PROVIDE IN THIS MATTER.

THANK YOU, YOUR HONOR.

MOST RESPECTFULLY SUBMITTED,

THOMAS KATSAMPES

THOMAS KATSAMPES
19258-511
PO BOX 019120
FDC - MIAMI
MIAMI, FL 33101

MIAMI FL 330
18 DEC 2024 PM 5 L

LEGAL MAIL

UNITED STATES DISTRICT COURT
406 NORTH MIAMI AVENUE
MIAMI, FL 33128

ATTN: THE HONORABLE AILEEN CANNON

33128-771899